# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEHMANN STEWART

NO. 2019 KW 0900

SEP 3 0 2019

---

In Re:    Lehmann Stewart, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 36,891 & 36,892.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                    **JMM**
                    **MRT**
                    **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT